11-4999-cv
Frankel v. McDonough

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.  WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").  A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of June, two thousand twelve.

PRESENT:
    RALPH K. WINTER,
    DENNY CHIN,
    CHRISTOPHER F. DRONEY,
        _Circuit Judges_.

- - - - - - - - - - - - - - - - - - -x

SOFIA FRANKEL, an individual,
    _Plaintiff-Appellant_,

            -v.-                                11-4999-cv

BRIAN F. McDONOUGH, an individual,
and DRINKER BIDDLE & REATH, LLP, a
Delaware limited liability partnership,
    _Defendants-Appellees_.

- - - - - - - - - - - - - - - - - - -x

FOR PLAINTIFF-APPELLANT:        JAN DOUGLAS ATLAS, Kopelowitz
                                Ostrow Ferguson Weiselberg Keechl,
                                Fort Lauderdale, Florida.

FOR DEFENDANTS-APPELLEES:       FRANK H. WOHL (Lauren C. Freundlich
                                _on the brief_), Lankler Siffert &
                                Wohl LLP, New York, New York.

Appeal from the United States District Court for the Southern District of New York (Batts, _J._).

**UPON DUE CONSIDERATION**, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-appellant Sofia Frankel appeals from the district court's October 25, 2011, judgment dismissing her complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The district court entered judgment pursuant to its memorandum and order dated October 24, 2011, granting the motion of defendants-appellees Brian F. McDonough and Drinker Biddle & Reath LLP ("Drinker Biddle") to dismiss Frankel's complaint for legal malpractice and breach of fiduciary duty and denying Frankel leave to replead.

We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review dismissal of a complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) de novo, "accepting all factual allegations as true and drawing all reasonable inferences in favor of the plaintiff." ECA & Local 134 IBEW Joint Pension Trust of Chicago v. JP Morgan Chase Co., 553 F.3d 187, 196 (2d Cir. 2009). We review denial of leave to amend a complaint for abuse of discretion. Hutchinson v. Deutsche Bank Sec. Inc., 647 F.3d 479, 490 (2d Cir. 2011).

We have conducted an independent review of the record in light of these principles. For substantially the reasons stated by the district court in its thorough and well-reasoned decision, we conclude that the district court properly dismissed

-2-

the complaint and that it did not abuse its discretion in denying leave to replead.

Accordingly, the judgment of the district court is hereby **AFFIRMED**.


FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK